**Order entered May 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00541-CV

### IN THE BEST INTEREST AND PROTECTION OF J.A., A MINOR CHILD

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 19M-091**

## ORDER

This is an appeal from an order requiring court-ordered mental health services. Pursuant to Texas Health and Safety Code Section 574.070 and Texas Rule of Appellate Procedure 2, we **ORDER** court reporter Sherry Hooper to file the reporter's record no later than May 16, 2019. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070(e); TEX. R. APP. P. 2. We further **ORDER** appellant to file her brief within ten days of the filing of the reporter's record and appellee to file its brief within ten days of the filing of appellant's brief. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070(e); TEX. R. APP. P. 2. Because this is an accelerated appeal, extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Hooper and the parties.

/s/      KEN MOLBERG
         JUSTICE